```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 RUPERTO ROSAS ET AL.,

                     Plaintiffs,           MEMORANDUM & ORDER
                                           23-CV-5712 (EK)(SDE)
          -against-

 TRCU COFFEE LLC ET AL.,

                     Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Eichenholtz's Report and Recommendation (R&R) dated January 13, 2026.  Judge Eichenholtz recommends that the Court grant Plaintiffs' motion to strike Defendants' answer to the complaint.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Eichenholtz's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the Clerk of

Court is respectfully directed to strike Defendants' answer to the complaint, ECF No. 13.

SO ORDERED.

          /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    February 3, 2026
         Brooklyn, New York